Opinion by CLINE, J. At the trial the office manager of one of the petitioners herein testified that he had had consultations with the appraiser in respect to the value at which the merchandise was to be entered; that the invoice showed on the bottom "Home market value, taxes included is 10½% higher than the invoice price"; that he presumed the broker calculated that that 10½ per centum added to the invoice price would make the proper home market value; and that he had showed the price list and all the correspondence which he had received from England relative to prices and qualities to the appraiser. On the record presented it was held that the petitioners acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 20, 1948

**No. 52624.**—Beerfas & Birnbaum *v.* United States, protests 121205–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52625.**—Heckt-Pick Co. et al. *v.* United States, protests 121206–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52626.**—Edelson & Sons, Inc., et al. *v.* United States, protests 123068–K and 125974–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52627.**—H. Zimetbaum *v.* United States, protests 129532–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the